## Commonwealth *v.* Gould, Appellant.

Submitted December 6, 1971. *Robert Agran* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.